IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**BHAGYA, LLC,**

    **Plaintiff,**

v.                                                     Case No. 5:23-cv-194-AW-MJF

**AMGUARD INSURANCE COMPANY,**

    **Defendant.**

_____/

## ORDER DIRECTING PLAINTIFF TO FILE RULE 7.1 STATEMENT

The court previously ordered Plaintiff Bhagya, LLC, to file its Rule 7.1 statement. *See* ECF No. 3 ¶ 11. It has not timely done so.

Within seven days, Bhagya, LLC must file its Rule 7.1 disclosure, setting out all the information that the newly revised Rule 7.1 requires. This includes setting out Plaintiff's citizenship, *see* Fed. R. Civ. P. 7.1(a)(2), which for an LLC includes the citizenship of each LLC member, *see Rolling Greens MHP, L.P. v. Comcast SCH Holdings LLC*, 374 F.3d 1020, 1021-22 (11th Cir. 2004).

Plaintiff's failure to comply with this order may result in dismissal.

SO ORDERED on August 7, 2023.

                                                s/ *Allen Winsor*
                                                United States District Judge