IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

BHAGYA, LLC

    Plaintiff,

v.                                     Federal Case No.: 5:23-cv-194-AW-MJF
                                      State Case No.: 2023000060CA

AMGUARD INSURANCE COMPANY

    Defendant.
_____/

**JOINT RULE 26(f) REPORT**

COME NOW the parties, BHAGYA, LLC ("Bhagya") and AMGUARD INSURANCE COMPANY ("AmGuard"), by and through undersigned counsel, pursuant to the Court's Initial Scheduling Order and Rule 26(f), Federal Rules of Civil Procedure and submit the following Joint Rule 26(f), Report to the Court as follows:

**Rule 16(b)(3)**

**(A)  Limitation on time to join other parties, amend the pleadings, complete discovery, and file motions**

    Join other parties:    August 28, 2023

    Amend the pleadings:    September 11, 2023

    Complete discovery:    January 16, 2024

File motions: January 30, 2024

**(B) Permitted Contents**

**(i) Modify the timing of disclosures under Rules 26(a) and 26(e)(1)**

The parties do not request a modification of the timing of disclosures under Rules 26(a) and 26(e)(1).

**(ii) Modify the extent of discovery**

The parties do not request a modification of the extent of discovery.

**(iii) Provide for disclosure, discovery, or preservation of electronically stored information**

All electronically stored information will be preserved and disclosed in the parties' Rule 26 disclosures and subsequent discovery.

**(iv) Any agreements the parties reach for asserting claims of privilege or of protection as trial-preparation material after information is produced, including agreements reached under Federal Rule of Evidence 502**

None.

**(v) Direct that before moving for an order relating to discovery, the movant must request a conference with the court**

The parties do not require a conference with the court. However, the parties will comply with Northern District Local Rule 7.1.

**(vi)  Set dates for pretrial conferences and for trial**

The parties request a pretrial conference on April 30, 2024 and trial during the two-week period commencing on May 14, 2024.

**Rule 26(f)(3)**

**(A)  What changes should be made in the timing, form, or requirement for disclosures under Rule 26(a), including a statement of when initial disclosures were made or will be made**

The parties do not request any changes in the timing, for, or requirement for disclosures under Rule 26(a). The parties request that Rule 26(a)(1) disclosures be served no later than August 28, 2023 and that Rule 26(a)(2) disclosures be served no later than February 14, 2024 for primary experts and March 14 for rebuttal experts.

**(B)  Subjects on which discovery may be needed, when discovery should be completed, and whether discovery should be conducted in phases or be limited to or focused on particular issues**

Discovery may be needed on the following matters:

Expert opinions
Causation of loss
Extent of claimed loss of business income, if any
Extent of covered damages, if any

The parties do not request that discovery be conducted in phases or limited to or focused on particular issues.

Discovery will be completed by January 16, 2024.

**(C)** **Any issues about disclosure, discovery, or preservation of electronically stored information, including form or forms in which it should be produced**

All electronically stored information will be preserved and disclosed in the parties' Rule 26 disclosures and subsequent discovery.

**(D)** **Any issues about claims of privilege or of protection as trial-preparation materials, including – if the parties agree on a procedure to assert these claims after production – whether to ask the court to include their agreement in an order under Federal Rule of Evidence 502**

None.

**(E)** **What changes, should be made in the limitations on discovery imposed under these rules or by local rule, and what other limitations should be imposed**

None.

**(F)** **Any other orders the court should issue under Rule 26(c) or under Rule 16(b) and (c)**

None.

**Rule 16(b)(3)**

The parties met via e-mail on August 24, 2023.

Respectfully submitted this 24th day of August, 2023.

| BUTLER WEIHMULLER KATZ CRAIG LLP | M.S.P.G. LAW GROUP, P.A. |
|---|---|
| /s/ *Julius F. Parker III* | /s/ *Carlton Campbell* |
| JULIUS F. PARKER III | Carlton Campbell, Esq. |
| Florida Bar No.: 0160857 | Florida Bar No.: 92298 |
| jparker@butler.legal | carlton@mspglawgroup.com |
| KATHY J. MAUS | 770 Ponce de Leon Boulevard, Suite 101 |
| Florida Bar No.: 0896330 | Coral Gables, FL 33134 |
| kmaus@butler.legal | Service@mspglawgroup.com |
| Secondary: apinnock@butler.legal | Telephone: (305) 444-1887 |
| 3600 Maclay Boulevard, Suite 201 | Facsimile: (305) 666-8427 |
| Tallahassee, Florida 32312 | Counsel for: Plaintiff |
| Telephone: (850) 894-4111 | |
| Facsimile: (850) 894-4999 | |
| Attorneys For the Defendant, Amguard Insurance Company | |