UNITED STATES DISTRCIT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CASE NO.: 5:23-cv-194-AW-MJF

BHAGYA, LLC,

    Plaintiff,
vs.

AMGUARD INSURANCE COMPANY,

    Defendant.
_____/

**CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSIURE STATEMENT**

BHAGYA, LLC, hereby discloses the following pursuant to this Court's interest persons order:

1. The name of each person, attorney, association of persons, firms, law firm partnership and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

- Bhagya, LLC, Plaintiff
- Carlton Campbell, Counsel for Bhagya, LLC
- Representatives of No Stress Claims, representatives for Bhagya, LLC
- Amguard Insurance Company
- Julius F. Parker, III, Esq. or Kathy J. Maus, Esq., Counsel for Amguard Insurance Company.

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

- Amguard Insurance Company is a wholly-owned subsidiary of WestGuard Insurance Company.

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

- None

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to resolution:

- None

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning od any such conflict.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of August, 2023 a true and correct copy of the foregoing has been electronically filed with the clerk of Court by using the Florida Courts E-Filing Portal. I also certify that the foregoing document was served upon the individual(s) identified in the below Service List via e-mail generated by the Florida Courts E-Filing Portal.

**SERVICE LIST**

Julius F. Parker, Esq.
Kathy J. Maus, Esq.
Butler Weihmuller Katz Craig, LLP
3600 Maclay Blvd., Suite 201
Tallahassee, Florida 32312
(850) 894-4111
(850) 894-4999-Fax
jparker@butler.legal
kmaus@butler.legal
apinnock@butler.legal

        M.S.P.G. LAW GROUP, P.A.
        Attorney for the Plaintiff
        770 Ponce de Leon Blvd, Suite 101
        Coral Gables, Florida 33134
        Telephone: (305) 444-1887
        Facsimile: (305) 666-8427

        By: /s/ *Carlton Campbell*
           Carlton Campbell, ESQ.
           Florida Bar No.: 92298
           Leo A. Manzanilla, Esq.
           Florida Bar No.: 0652921
           Carlton@mspglawgroup.com
           Leo@mspglawgroup.com
           service@mspglawgroup.com