IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**BHAGYA, LLC,**

    **Plaintiff,**

v.                                                              Case No. 5:23-cv-194-AW-MJF

**AMGUARD INSURANCE COMPANY,**

    **Defendant.**

_____/

## ORDER TO SHOW CAUSE

The court twice ordered Plaintiff Bhagya, LLC, to file its Rule 7.1 statement. *See* ECF No. 3 ¶ 11, ECF No. 5. Plaintiff twice ignored the order. Notice of both orders was sent to Plaintiff's counsel through the court's CM/ECF system.

The court's more recent order warned that "Plaintiff's failure to comply with this order may result in dismissal." ECF No. 5. The order specified (as does Rule 7.1) that Plaintiff needed to set out its citizenship. *Id.*

After the deadline, and with no explanation for its failure to timely comply, Plaintiff filed a "Certificate of Interested Persons and Corporate [Disclosure] Statement." ECF No. 10. But it said nothing about citizenship and thus did not comply with the Rule or the court's order.

Meanwhile, Defendant reported Plaintiff's ignoring requests to confer as required by the court's earlier order. ECF No. 7. Plaintiff has not responded to this notice or otherwise suggested that it did *not* ignore such requests. When the parties

1

finally filed a planning report (after the deadline), they reported that they "met via e-mail," despite this court's order that they meet otherwise and that "[w]ritten exchanges are insufficient." ECF No. 3 at 1.

Within seven days, Plaintiff must show cause why the court should not dismiss the case without prejudice (taxing costs to Plaintiff) for failure to comply with the court's orders. Defendant may reply within seven days thereafter.

SO ORDERED on September 12, 2023.

                                              s/ *Allen Winsor*
                                              United States District Judge